# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State of South Carolina, Petitioner,

v.

Tony Latrell Kinard, Respondent.

Appellate Case No. 2019-001604

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Newberry County
Donald B. Hocker, Circuit Court Judge

---

Opinion No. 27955
Heard March 11, 2020 – Filed March 18, 2020

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Attorney General Alan McCrory Wilson and Assistant Deputy Attorney General William M. Blitch Jr., both of Columbia; and Solicitor David Matthew Stumbo, of Greenwood, all for Petitioner.

Richard James Dolce, of Richard J. Dolce, Attorney at Law, and Michael Vincent Laubshire, both of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Kinard*, 427 S.C. 367, 831 S.E.2d 138 (Ct. App. 2019). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**